IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DION LAMONT THOMPSON                                                                      PLAINTIFF

V.                          CASE NO. 4:09CV00732-BD

KENNETH LIVINGSTON, *et al.*                                                          DEFENDANTS

## ORDER

Attorney Phyllis B. Eddins, Law Office of Peter Miller, 1601 South Broadway, Little Rock, Arkansas, 72206, telephone number (501) 374-6300, is hereby appointed, in conformity with Rule 83.7 of the Local Rules for the Eastern and Western Districts of Arkansas, to represent the Plaintiff in all further proceedings in this case.

The Clerk of Court is directed to send Ms. Eddins a copy of this Order and Local Rule 83.7. Counsel may access the file from CM/ECF. If counsel is unable to obtain a copy of the file from CM/ECF, she should contact Ms. Suzy Flippen at 501-604-5114 and a copy of the file, or any portion thereof, will be provided via compact disc free of charge. Under Local Rule 83.7, counsel must make written application to withdraw within twenty-one (21) days of the date of this order; otherwise, the appointment will be effective.

IT IS SO ORDERED this 10th day of June, 2010.

_____
UNITED STATES MAGISTRATE JUDGE